# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 28, 2023

## NO. 03-22-00017-CV

**Gilbert Estrada, Jr., Appellant**

**v.**

**Dana Deann Garrett-Estrada, Appellee**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, THEOFANIS, AND JONES
AFFIRMED -- OPINION BY JUSTICETHEOFANIS**

This is an appeal from the judgment signed by the trial court on December 10, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.